**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nicole Marion Godfrey  CHAPTER 13
          Debtor(s)

BKY. NO. 22-10444 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Rebecca Solarz
                              Rebecca Solarz
                              16 Mar 2022, 16:24:54, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322

Document ID: d7d8136afd37b18b996391f74641523d66cc7ad18719361607c6a013c30b056c