UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Nicole Marion Godfrey<br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-10444-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 7th day of June, 2022, by first class mail upon those listed below:

Nicole Marion Godfrey
3304 Glen Ave
Easton, PA  18045

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                                        */s/ Kristen Gliem*
                                                        Kristen Gliem
                                                        for
                                                        Scott F. Waterman, Esquire
                                                        Standing Chapter 13 Trustee