United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10444-pmm |
| Nicole Marion Godfrey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 14, 2022 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Marion Godfrey, 3304 Glen Ave, Easton, PA 18045-5928 |
| 14676745 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, Exton, PA 19341-1119 |
| 14671352 | | Medical Revenue Services, PO Box 3475, Toledo, OH 43607-0475 |
| 14676789 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14676883 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14671360 | + | St. Luke's, 801 Ostrum Street, Bethlehem, PA 18015-1000 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14671344 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 14 2022 23:41:00 | Absolute Resolutions Investments LLC, 8000 Norman Center Dr - # 350, Minneapolis, MN 55437 |
| 14673768 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 14 2022 23:41:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14671345 | | Email/Text: legal@arsnational.com | Jul 14 2022 23:42:00 | ARS National Services Inc, PO Box 469100, Escondido, CA 92046-9100 |
| 14671346 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 14 2022 23:42:00 | Citadel FCU, 40 N Bailey Road, Thorndale, PA 19372-1026 |
| 14671347 | ^ | MEBN | Jul 14 2022 23:36:07 | Credit Control LLC, 3300 Rider Trail S - Ste 500, Earth City, MO 63045-1338 |
| 14671351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:44:17 | Macys/DSNB, 911 Duke Blvd, Mason, OH 45040 |
| 14676994 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 23:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14671349 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2022 23:44:07 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 14688338 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:41:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14671350 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:41:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14671353 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:42:00 | Midland Credit Management, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 14675194 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14674743 | | Email/Text: bankruptcydocs@osla.org | Jul 14 2022 23:41:00 | OSLA on behalf of US Dept. of Ed Direct Loans, |

Case 22-10444-pmm   Doc 20   Filed 07/16/22   Entered 07/17/22 00:27:45   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 155 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | PO BOX 18475, Oklahoma City OK 73154-0475 |
| 14674744 | | Email/Text: bankruptcydocs@osla.org | Jul 14 2022 23:41:00 | OSLA on behalf of US Dept. of Ed Direct Loans, PO BOX 4278, Portland OR 97208-4278 |
| 14671348 | | Email/Text: bankruptcydocs@osla.org | Jul 14 2022 23:41:00 | Dept of Education/OSLA SRV, 525 Central Park Dr- Ste 600, Oklahoma City, OK 73105 |
| 14671354 | + | Email/Text: blegal@phfa.org | Jul 14 2022 23:42:00 | PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14671355 | | Email/Text: bankruptcies@penncredit.com | Jul 14 2022 23:41:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14687945 | + | Email/Text: blegal@phfa.org | Jul 14 2022 23:42:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14671356 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:41:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14675922 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:41:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14671357 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:44:08 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14682830 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:44:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14682246 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:44:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14671358 | | Email/Text: signed.order@pfwattorneys.com | Jul 14 2022 23:41:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14675208 | + | Email/Text: joey@rmscollect.com | Jul 14 2022 23:42:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14673837 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14684563 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 23:42:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14671359 | + | Email/Text: joey@rmscollect.com | Jul 14 2022 23:42:00 | Receivable Management Systems, 7206 Hull Street Road, Suite 211, Richmond, VA 23235-5826 |
| 14671784 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:44:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14671614 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:44:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14671361 | + | Email/Text: jcissell@bankofmissouri.com | Jul 14 2022 23:42:00 | TBOM/Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 14671362 | | Email/Text: bncmail@w-legal.com | Jul 14 2022 23:42:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop - NCD-0450, Minneapolis, MN 55445-4301 |
| 14671363 | + | Email/PDF: tbiedi@PRAGroup.com | Jul 14 2022 23:44:12 | The Bureaus Inc, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14671364 | + | Email/Text: bkfilings@zwickerpc.com | Jul 14 2022 23:42:00 | Zwicker & Associates, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14673838 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Nicole Marion Godfrey claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nicole Marion Godfrey
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−10444−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 14th day of July 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                    Patricia M. Mayer
                                    Judge ,
                                    United States Bankruptcy Court

                                                     19
                                                 Form 155