| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-10444-PMM

Nicole Marion Godfrey
3304 Glen Ave
Easton  PA    18045

Petition Filed Date: 02/23/2022
341 Hearing Date: 03/29/2022
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $827.00 | | 04/25/2022 | $827.00 | | 05/26/2022 | $827.00 | |
| 06/29/2022 | $673.00 | | 07/28/2022 | $673.00 | | | | |

**Total Receipts for the Period:  $3,827.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,827.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,363.00 | $0.00 | $3,363.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 001 | Unsecured Creditors | $2,324.06 | $0.00 | $2,324.06 |
| 2 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $171.57 | $0.00 | $171.57 |
| 3 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $482.41 | $0.00 | $482.41 |
| 4 | US DEPT OF EDUCATION »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $3,062.89 | $0.00 | $3,062.89 |
| 6 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $948.81 | $0.00 | $948.81 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $4,470.89 | $0.00 | $4,470.89 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $4,454.31 | $0.00 | $4,454.31 |
| 9 | PATIENT FIRST »» 008 | Unsecured Creditors | $162.73 | $0.00 | $162.73 |
| 10 | PNC BANK »» 009 | Unsecured Creditors | $11,430.80 | $0.00 | $11,430.80 |
| 11 | CITADEL FEDERAL CREDIT UNION »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 011 | Unsecured Creditors | $1,526.66 | $0.00 | $1,526.66 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $715.13 | $0.00 | $715.13 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $1,907.31 | $0.00 | $1,907.31 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $185.62 | $0.00 | $185.62 |

| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $299.91 | $0.00 | $299.91 |
| 17 | PHFA<br>»» 016 | Mortgage Arrears | $219.94 | $0.00 | $219.94 |
| 18 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 017 | Unsecured Creditors | $1,019.85 | $0.00 | $1,019.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,827.00 | Current Monthly Payment: | $673.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $306.16 | Total Plan Base: | $40,842.00 |
| Funds on Hand: | $3,520.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.