| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-10444-PMM

| | |
|---|---|
| Nicole Marion Godfrey | Petition Filed Date: 02/23/2022 |
| 3304 Glen Ave | 341 Hearing Date: 03/29/2022 |
| Easton PA 18045 | Confirmation Date: 07/14/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2022 | $673.00 | | 10/03/2022 | $673.00 | | 10/27/2022 | $673.00 | |
| 12/07/2022 | $673.00 | | 01/04/2023 | $673.00 | | 01/25/2023 | $673.00 | |
| 02/24/2023 | $673.00 | | 03/27/2023 | $673.00 | | 04/26/2023 | $673.00 | |
| 05/24/2023 | $673.00 | | 06/27/2023 | $673.00 | | 07/26/2023 | $673.00 | |

**Total Receipts for the Period: $8,076.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,903.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,363.00 | $3,363.00 | $0.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $2,324.06 | $444.17 | $1,879.89 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $171.57 | $32.80 | $138.77 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $482.41 | $482.41 | $0.00 |
| 4 | US DEPT OF EDUCATION<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $3,062.89 | $585.41 | $2,477.48 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $948.81 | $181.37 | $767.44 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $4,470.89 | $854.48 | $3,616.41 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $4,454.31 | $851.31 | $3,603.00 |
| 9 | PATIENT FIRST<br>»» 008 | Unsecured Creditors | $162.73 | $31.08 | $131.65 |
| 10 | PNC BANK<br>»» 009 | Unsecured Creditors | $11,430.80 | $2,184.73 | $9,246.07 |
| 11 | CITADEL FEDERAL CREDIT UNION<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 011 | Unsecured Creditors | $1,526.66 | $291.76 | $1,234.90 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $715.13 | $123.28 | $591.85 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,907.31 | $364.55 | $1,542.76 |

**Chapter 13 Case No. 22-10444-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $185.62 | $35.50 | $150.12 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $299.91 | $51.69 | $248.22 |
| 17 | PHFA/HEMAP »» 016 | Mortgage Arrears | $219.94 | $219.94 | $0.00 |
| 18 | PERITUS PORTFOLIO SERVICES II, LLC »» 017 | Unsecured Creditors | $1,019.85 | $194.90 | $824.95 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,903.00 | Current Monthly Payment: | $673.00 |
| Paid to Claims: | $10,292.38 | Arrearages: | $0.00 |
| Paid to Trustee: | $979.16 | Total Plan Base: | $40,842.00 |
| Funds on Hand: | $631.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.