| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-10444-PMM

| | |
|---|---|
| Nicole Marion Godfrey | Petition Filed Date: 02/23/2022 |
| 3304 Glen Ave | 341 Hearing Date: 03/29/2022 |
| Easton  PA    18045 | Confirmation Date: 07/14/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $673.00 | | 09/27/2023 | $673.00 | | 10/31/2023 | $673.00 | |
| 12/04/2023 | $673.00 | | 01/05/2024 | $673.00 | | 02/02/2024 | $673.00 | |
| 02/27/2024 | $673.00 | | 04/02/2024 | $673.00 | | 05/03/2024 | $673.00 | |
| 06/07/2024 | $673.00 | | 06/27/2024 | $673.00 | | 07/26/2024 | $673.00 | |

**Total Receipts for the Period: $8,076.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,979.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,363.00 | $3,363.00 | $0.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $2,324.06 | $1,008.50 | $1,315.56 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $32.80 | $32.80 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $482.41 | $482.41 | $0.00 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»»  004 | Unsecured Creditors | $3,062.89 | $1,329.20 | $1,733.69 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»»  005 | Unsecured Creditors | $948.81 | $411.76 | $537.05 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»»  006 | Unsecured Creditors | $4,470.89 | $1,940.16 | $2,530.73 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»»  007 | Unsecured Creditors | $4,454.31 | $1,932.99 | $2,521.32 |
| 9 | PATIENT FIRST<br>»»  008 | Unsecured Creditors | $162.73 | $61.51 | $101.22 |
| 10 | PNC BANK<br>»»  009 | Unsecured Creditors | $11,430.80 | $4,960.53 | $6,470.27 |
| 11 | CITADEL CREDIT UNION<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»»  011 | Unsecured Creditors | $1,526.66 | $662.50 | $864.16 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $715.13 | $310.31 | $404.82 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  013 | Unsecured Creditors | $1,907.31 | $827.72 | $1,079.59 |

**Chapter 13 Case No. 22-10444-PMM**

| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $185.62 | $70.21 | $115.41 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $299.91 | $118.97 | $180.94 |
| 17 | PHFA/HEMAP »» 016 | Mortgage Arrears | $219.94 | $219.94 | $0.00 |
| 18 | PERITUS PORTFOLIO SERVICES II, LLC »» 017 | Unsecured Creditors | $1,019.85 | $442.53 | $577.32 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,979.00 | Current Monthly Payment: | $673.00 |
| Paid to Claims: | $18,175.04 | Arrearages: | $673.00 |
| Paid to Trustee: | $1,773.30 | Total Plan Base: | $40,842.00 |
| Funds on Hand: | $30.66 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.