| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-10444-PMM

Nicole Marion Godfrey
3304 Glen Ave
Easton  PA   18045

Petition Filed Date: 02/23/2022
341 Hearing Date: 03/29/2022
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $673.00 | | 09/30/2024 | $673.00 | | 11/04/2024 | $680.00 | |
| 12/03/2024 | $680.00 | | 01/06/2025 | $680.00 | | 01/29/2025 | $680.00 | |
| 02/27/2025 | $700.00 | | 03/27/2025 | $680.00 | | 04/28/2025 | $680.00 | |
| 06/02/2025 | $680.00 | | 07/02/2025 | $680.00 | | 07/29/2025 | $680.00 | |

**Total Receipts for the Period: $8,166.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $28,145.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,363.00 | $3,363.00 | $0.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 001 | Unsecured Creditors | $2,324.06 | $1,545.60 | $778.46 |
| 2 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $32.80 | $32.80 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $482.41 | $482.41 | $0.00 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $3,062.89 | $2,037.01 | $1,025.88 |
| 6 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $948.81 | $631.01 | $317.80 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $4,470.89 | $2,973.38 | $1,497.51 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $4,454.31 | $2,962.40 | $1,491.91 |
| 9 | PATIENT FIRST »» 008 | Unsecured Creditors | $162.73 | $108.23 | $54.50 |
| 10 | PNC BANK »» 009 | Unsecured Creditors | $11,430.80 | $7,602.17 | $3,828.63 |
| 11 | CITADEL CREDIT UNION »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 011 | Unsecured Creditors | $1,526.66 | $1,015.32 | $511.34 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $715.13 | $475.58 | $239.55 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $1,907.31 | $1,268.48 | $638.83 |

**Chapter 13 Case No. 22-10444-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $185.62 | $123.48 | $62.14 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $299.91 | $187.62 | $112.29 |
| 17 | PHFA/HEMAP<br>»» 016 | Mortgage Arrears | $219.94 | $219.94 | $0.00 |
| 18 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 017 | Unsecured Creditors | $1,019.85 | $678.22 | $341.63 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,145.00 | Current Monthly Payment: | $673.00 |
| Paid to Claims: | $25,706.65 | Arrearages: | $583.00 |
| Paid to Trustee: | $2,426.50 | Total Plan Base: | $40,842.00 |
| Funds on Hand: | $11.85 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.