Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Nicole Marion Godfrey
3304 Glen Ave
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-10444-PMM**

Petition Filed Date: 02/23/2022
341 Hearing Date: 03/29/2022
Confirmation Date: 07/14/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $680.00 | | 09/30/2025 | $680.00 | | 11/03/2025 | $680.00 | |
| 12/08/2025 | $680.00 | | 12/30/2025 | $680.00 | | 01/29/2026 | $680.00 | |
| 03/04/2026 | $680.00 | | 03/30/2026 | $680.00 | | 04/27/2026 | $680.00 | |
| 05/29/2026 | $680.00 | | 06/29/2026 | $680.00 | | 07/24/2026 | $680.00 | |

**Total Receipts for the Period: $8,160.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $36,985.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,363.00 | $3,363.00 | $0.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 001 | Unsecured Creditors | $2,324.06 | $2,086.18 | $237.88 |
| 2 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $32.80 | $32.80 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $482.41 | $482.41 | $0.00 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $3,062.89 | $2,749.43 | $313.46 |
| 6 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $948.81 | $851.72 | $97.09 |
| 7 | MIDLAND CREDIT MANAGEMENT INC »» 006 | Unsecured Creditors | $4,470.89 | $4,013.33 | $457.56 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $4,454.31 | $3,998.46 | $455.85 |
| 9 | PATIENT FIRST »» 008 | Unsecured Creditors | $162.73 | $139.79 | $22.94 |
| 10 | PNC BANK »» 009 | Unsecured Creditors | $11,430.80 | $10,260.95 | $1,169.85 |
| 11 | CITADEL CREDIT UNION »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 011 | Unsecured Creditors | $1,526.66 | $1,370.42 | $156.24 |

**Chapter 13 Case No. 22-10444-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $715.13 | $641.95 | $73.18 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,907.31 | $1,712.11 | $195.20 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $185.62 | $159.46 | $26.16 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $299.91 | $257.66 | $42.25 |
| 17 | PHFA/HEMAP<br>»» 016 | Mortgage Arrears | $219.94 | $219.94 | $0.00 |
| 18 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 017 | Unsecured Creditors | $1,019.85 | $915.45 | $104.40 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,985.00 | Current Monthly Payment: | $673.00 |
| Paid to Claims: | $33,255.06 | Arrearages: | ($181.00) |
| Paid to Trustee: | $3,077.26 | Total Plan Base: | $40,842.00 |
| Funds on Hand: | $652.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.